PROB 12C
(7/93)

Report Date: January 18, 2013

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 8 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Benjamin Grote | Case Number: 2:08CR06057-001 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 1/4/2010

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm Not Registered to a Person in the National Firearms Registration and Transfer Record, 26 U.S.C. § 5841, 5861(d), and 5871 | |
| Original Sentence: | Prison - 13 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | To Be Assigned | Date Supervision Commenced: 9/16/2011 |
| Defense Attorney: | To Be Assigned | Date Supervision Expires: 9/15/2014 |

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On September 25, 2012, Benjamin Davis Grote was arrested and charged with Driving Under the Influence of Alcohol/Drugs, Benton County District Court, docket number J00832957. Mr. Grote's next court date is March 7, 2013. |
| | On December 24, 2012, Benjamin Davis Grote was arrested and charged with Driving Under the Influence of Alcohol/Drugs, Driving with a Suspended License, and Resisting Arrest, Walla Walla District Court, docket number C0005802 and C0005803. Mr. Grotes's next Court date is January 28, 2013. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Benjamin Davis Grote failed to report for urine drug testing on December 13, 2012. |

Prob12C
Re: Grote, Benjamin
January 18, 2013
Page 2

    3    **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: On December 27, 2012, Benjamin Davis Grote provided a urine sample which tested positive for the use of alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/18/2013

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/18/13
Date